# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HAMMOND CITY OF, *Indiana*

WHITING CITY OF, *Indiana*

        Plaintiffs

  v.

                                      Civil Action No. 2:24-cv-96

ASARCO MASTER INC.

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on Motion to Dismiss.

DATE: 3/25/2025                      CHANDA J. BERTA, CLERK OF COURT

                                              by  s/A. Highlen_____
                                                *Signature of Clerk or Deputy Clerk*