# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 15, 2025

To: Chanda J. Berta
UNITED STATES DISTRICT COURT
Northern District of Indiana
Hammond, IN 46320-0000

| No. 25-1708 | CITY OF HAMMOND, INDIANA and CITY OF WHITING, INDIANA, <br>        Plaintiffs - Appellants <br><br> v. <br><br> ASARCO MASTER, INC., <br>        Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00096-PPS-JEM <br> Northern District of Indiana, Hammond Division <br> District Judge Philip P. Simon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                           no record to be returned

form name: **c7_Mandate**    (form ID: **135**)